IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 7
TAMMY R. SMITH                                              CASE NO. 17-04723-NPO

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, Stephen Smith, Trustee, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Claim No. | Amount |
|---|---|---|
| The Estate of Tammy Smith | Surplus Funds | $8,914.96 |

That the Order Approving Trustee's Final Report was entered by the Court on December 29, 2020 [Dkt. #78] and the funds were disbursed pursuant to the Order.

That on January 14, 2021, the Trustee issued a check made payable to Tammy R. Smith ("Debtor"), representing surplus funds, to the address listed on the bankruptcy petition. The check has never cleared the bank and was clearly marked "Void after 90 days".

Since issuing the check to the Debtor, the Trustee has been advised that an estate has been opened in the Chancery Court of Warren County, Mississippi styled as *"In the Matter of The Estate of Tammy Smith, Deceased"*, Cause No. 2020-095PR. Keith Smith, the Debtor's husband, has been appointed the Administrator.

**WHEREFORE, PREMISES CONSIDERED**, Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _May 26, 2021_

Respectfully submitted,

*[signature]*

STEPHEN SMITH, Trustee
1052 Highland Colony Pkwy, Suite 100
Ridgeland, Mississippi 39157
Telephone: (601) 605-0722

## CERTIFICATE OF SERVICE

I, Stephen Smith, Trustee, do hereby certify that I have this date, mailed, by United States Mail, postage prepaid, or electronically transmitted via the Court's electronic noticing system, a true and correct copy of the above and foregoing *Rule 3011 List of Unclaimed Funds, Claimants, and Amounts* to the following:

Keith Smith
222 Central Dr.
Vicksburg, MS 39180

Cory N. Ferraez, Esq.
Ferraez & Associates, PLLC
6152 Hwy 98 W, Suite 20
Hattiesburg, MS 39402
cory@callcoryms.com

Marcus A. McLelland, Esq.
Holmes, McLelland & Ferraez, PLLC
601 E. Central Ave.
Petal, MS 39465

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 26TH day of MAY, 2021.

*[signature]*

STEPHEN SMITH

2